FILED
April 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002539975

C. Anthony Hughes SBN: 250998
1540 Jefferson Blvd.
West Sacramento, CA 95691
Ph:   916.440.6666
Fax: 916.254.6666
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 09-43614-E-13L |
| **JAGDEEP SINGH** | Chapter 13 |
| and **GURBINDAR KAUR SINGH** | Docket Control No.:  CAH-006 |
| Debtors | Judge:   Ronald H. Sargis |
| | Date:   05/04/2010 |
| | Time:   02:00 PM |
| | Place:   501 I Street, 6th Floor |
| | Sacramento, CA 95814 |
| | Department E– Courtroom 33 |
| | Trustee: Lawrence J. Loheit |
| | |
| | **MOTION FOR AN ORDER ALLOWING DEBTORS TO SELL REAL PROPERTY AT 7701 & 7703 LOUCRETA DRIVE, SACRAMENTO, CA 95828** |

The Debtors move, by and through their attorney C. Anthony Hughes, the court for an order allowing the Debtors to sell the real property 7701 & 7703 LOUCRETA DRIVE, SACRAMENTO, CA 95828.

The Debtors cannot afford the current payment plan that include the two houses. They want to be renter so that they would be able to afford a payment plan for their Chapter 13 case.

The terms of the proposed sale are as follows:

1. The prospective buyer is BALWINDER KAUR. The buyer is bona fide buyer and is not a party of interest.
2. The buyer has made an offer to buy the property at $79,000.00. The buyer and the sellers shall split the escrow fee and the seller shall pay for the closing cost of $5,000.00. See attached purchase agreement.
3. Title Company: OF SELLER'S CHOICE.
4. The Debtors would like to short-sell the subject property to reduce the liability.
5. All debts owed to creditors with liens and security interests encumbering the property will be satisfied before or simultaneously with the transfer of title or possession to the buyer and such debts shall be paid in accordance with the sales contract.
6. Debtors will not receive any proceeds from the sale.
7. Debtors will not relinquish title to or possession of the property prior to payment in full of the purchase price.
8. Any costs of the sale will be paid in full from the sale proceeds and escrow shall not close without all liens and encumbrances being paid in full.
9. Net proceeds if any is left over are to be submitted to the Trustee for the benefit of general unsecured creditors.
10. The sale of the property shall not affect the ability of the Debtors to continue the (modified) Plan or to repay creditors.
11. The Trustee must approve the Title Company to be used in connection with the sale.

WHEREFORE, Debtors respectfully request an order granting this application to sell the property.

Respectfully submitted,

Dated: 04/06/10      /s/ C. Anthony Hughes

C. Anthony Hughes